UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN D. PENFOLD,<br>    Plaintiff,<br><br>-v-<br><br>FIFTH THIRD BANK and FEDERAL<br>NAT'L MORTGAGE ASS'N,<br>    Defendants.<br>_____ | No. 1:17-cv-0038<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 31), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Date: May 26, 2017         /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge